UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ARNOLD SOZA FERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 3:24-cv- |
| | ) |
| JP HOME REMODELING, LLC | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND REQUEST FOR JURY TRIAL**

### I.   NATURE OF THE CASE

1. Plaintiff, Arnold Soza Fernandez ("Plaintiff" or "Soza"), by counsel, brings this action against Defendant, JP Home Remodeling, LLC. ("Defendant"), alleging failure to pay compensable time in violation of the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201 *et seq*. and for violations of Indiana law.

### II.   PARTIES

2. Soza is a resident of Vanderburgh County, Indiana and has resided within the geographic boundaries of the Southern District of Indiana at all relevant times.

3. Defendant is a corporation that is headquartered in Henderson, KY, but regularly conducts business within the geographic confines of the Southern District of Indiana.

### III.   JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §1331, 28 U.S.C. § 1367, and 29 U.S.C. § 216(b).

5. Defendant is an "employer" as that term is defined by 29 U.S.C. § 203(d).

6. Plaintiff is an "employee" as that term is defined by 29 U.S.C. §203(e)(1).

7. Defendant is subject to the FLSA because its employees engaged in commerce and Defendant generates an annual gross volume of sales made or business done in excess of $500,000.

8. This Court has supplemental jurisdiction over Soza's Indiana state law claim pursuant to 28 U.S.C. §1367.

9. The majority of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

### IV. Factual Allegations

10. Defendant is a home remodeling company that performs work in Indiana and Kentucky.

11. Defendant hired Soza to perform construction work in January 2021 and he worked for Defendant in both Indiana and Kentucky.

12. Defendant initially agreed to pay Soza $14.00 per hour, and Defendant later increased Soza's pay to $21.00 per hour in May 2021. Upon information and belief, Defendant paid Soza in cash and did not provide Soza with any W-2 or 1099 form during his employment.

13. Soza was regularly made to work over forty hours per week but was not paid overtime as required under the Fair Labor Standards Act ("FLSA"). Soza worked typically from 7am until between 9pm and 11pm. Further, Defendant failed to pay Soza for any time worked after 5pm at all.

14. Further, Defendant required Soza to work most weekends and only paid to him $100 regardless of the number of hours worked.

15. At all relevant times, Bittner should have been classified as a non-exempt employee who was entitled to be paid time and a half for hours over forty (40) worked in any workweek.

16. In June 2023, Soza resigned his employment.

17. Then, in July 2023, Soza inquired with Defendant's owner, Jeckson Palacios, about being improperly paid, and Soza received no response.

18. Defendant knowingly, willfully, or with reckless disregard carried out its illegal pattern or practice of failing to properly pay compensation with respect to Soza.

### V.  LEGAL ALLEGATIONS

### Count I:  FLSA - Failure to Pay Wages

19. Soza hereby incorporates paragraphs one (1) through eighteen (18) of his Complaint as if the same were set forth at length herein.

20. Soza was a non-exempt employees of Defendant who engaged in commerce and/or in an enterprise engaged in commerce.

21. Defendant intentionally and willfully failed to compensate Soza for time actually worked performing work-related duties for Defendant.

22. Soza is entitled to recover from Defendant all compensation which he earned, as well as liquidated damages pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq*.

23. Defendant's actions in denying Soza compensation is intentional, willful, and/or done with reckless disregard for his statutory rights.

### Count II- Failure to Pay Wages under Indiana Law

24. Plaintiff hereby incorporates paragraphs one (1) through twenty-three (23) of his Complaint as if the same were set forth at length herein.

25. The Defendant failed to pay the wages or compensation due to Soza on the next usual and regular day for payment of wages in violation of Indiana law.

26. The Defendant has failed for ten (10) days after demand of payment was made to pay Plaintiff for her labor.

27. Plaintiff has suffered damages as a result of the Defendant's failure to pay.

### COUNT IV- UNJUST ENRICHMENT

28. Soza hereby incorporates paragraphs one (1) through twenty-seven (27) of his Complaint as if the same were set forth at length herein.

29. The Defendant has failed and/or refused to pay wages due to Soza for his labor and services rendered during his tenure with Defendant.

31.     The Defendant has been unjustly enriched by keeping funds which are the property of the Plaintiff.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Arnold Soza, respectfully requests that this Court enter judgment in his favor and award the following relief:

1. Payment to Plaintiff of all unpaid wages;
2. Payment to Plaintiff of liquidated damages for all unpaid wages;
3. Payment to Plaintiff of compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;
4. Order injunctive relief sufficient to insure that Defendant ceases and desists from further unlawful employment practices in violation of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*;
5. Order Defendant to pay pre-judgment and post-judgment interest to Plaintiffs (and those who join the suit);
6. Order Defendant to pay Plaintiff's costs and attorney fees; and
7. Order all other relief this Court deems just and proper.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Lauren E. Berger
Lauren E. Berger, Attorney No. 29826-19
411 Main Street
Evansville, IN 47708
Telephone:   (812) 424-1000
Facsimile:   (812) 424-1005
Email:       lberger@bdlegal.com

Attorneys for Plaintiff, Arnold Soza

## DEMAND FOR JURY TRIAL

Plaintiff, Arnold Soza, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Lauren E. Berger
Lauren E. Berger, Attorney No. 29826-19
411 Main Street
Evansville, IN 47708
Telephone:   (812) 424-1000
Facsimile:   (812) 424-1005
Email:       lberger@bdlegal.com

Attorneys for Plaintiff, Arnold Soza