**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| **ARNOLD SOZA FERNANDEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO:  3:24-cv-64-RLY-CSW** |
| | ) |
| **JP HOME REMODELING, LLC** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Arnold Soza Fernandez, by counsel, respectfully requests the Court to enter a default judgment for damages pursuant to Fed. R. Civ. P. 55 against Defendant, JP Home Remodeling, LLC ("Defendant").  In support of his Motion, Plaintiff, by counsel, states as follows:

1.  Plaintiff timely filed his Complaint against Defendant on January 19, 2021, alleging *inter alia* that Defendant failed to properly page wages under the Fair Labor Standards Act ("FLSA"), 29 USC § 201 *et seq.,* and, alternatively, under the Indiana Minimum Wage Law of 1965.

2.  On April 2, 2022, the Clerk of the Court for the Southern District of Indiana issued a summons for Defendant. Plaintiff filed an Alias Summons on May 16, 2024, and the Clerk of the Court issued the alias summons on May 17, 2024 [Dkt. No. 8]

3.  Defendant was served with the Summons on May 23, 2024, and the return of service was docketed on May 28, 2024.  [Return of Service, Docket No. 9].

4.  As of July 9, 2024, Defendant had failed to file any responsive pleading to Plaintiff's Complaint.  Upon its failure to answer, the Clerk of the Court for the Southern District of Indiana entered default against Defendant on July 16, 2024 (Dkt. No. 11).

5.  That by reason thereof, the Plaintiff is entitled to judgment against Defendant in the amount of One Hundred Twelve Thousand Seven Hundred Nineteen Dollars and 64/100 Cents ($112,719.64), which encompasses Plaintiff's unpaid wages. Plaintiff's Declaration, detailing the calculation of the damages, is attached as Exhibit A.

6.  Additionally, Plaintiff is entitled to judgment against the Defendant in the same amount ($112,719.64) as liquidated damages under the FLSA.

7.  Upon entry of judgment, Plaintiff is entitled to an award of his attorney fees and costs.

WHEREFORE, Plaintiff, by counsel, prays that a default judgment in the amount of $112,719.64, for unpaid wages, $112,719.64 as liquidated damages, attorney fees, and court costs to be entered against Defendant; and for all other just and proper relied in the premises.

Respectfully submitted,

s/ Lauren E. Berger
Lauren E. Berger (#29826-19)
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN 47708
Telephone:  (812) 424-1000
Facsimile:   (812) 424-1005
Email: lberger@bdlegal.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2024, a copy of the foregoing *Motion for Default Judgment* was filed electronically. Parties may access this filing through the Court's system. Notice of this filing will be sent to parties by operation of the Court's electronic filing system. Notice will also be sent via US Mail to:

JP Home Remodeling
c/o Jeckson Sammir Palacios
320 Harmony Lane
Henderson, KY 42420

s/ Lauren E. Berger_____
Lauren E. Berger
