**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| **ARNOLD SOZA FERNANDEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO:  3:24-cv-64-RLY-CSW** |
| | ) |
| **JP HOME REMODELING, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## DEFAULT JUDGMENT

This cause having come before the Court on the Motion of the Plaintiff for Judgment by Default, and the court having found that the Defendant has failed to otherwise defend the Plaintiff's Complaint or to appear herein after entry of default, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered for the Plaintiff and against the Defendant as follows:

1) For the time period of May 1, 2021 through June 15, 2023 (approximately 110 weeks x 25 hours x $37.50 overtime rate): $103,794.64

2) Costs: $402

3) Attorney Fees: $3,055.42[1]

4) Liquidated damages: $103,794.64;

5) **Total: $211,046.70**

**SO ORDERED this 3rd day of March 2025**

Kristine L. Seufert, Clerk

BY: _Anna M. Dole_
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] Plaintiff's Motion and Declaration for Attorney Fees was filed on March 3, 2025, at document [17].  That motion is GRANTED and those fees are included in this Judgment.

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

Service will be mailed to:

JP Home Remodeling
c/o Jeckson Sammir Palacios
320 Harmony Lane
Henderson, KY 42420